**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Nicholas Perry and Eric Johnston,<br><br>　　　　Defendants | Case No.: Cr.S-12-0238-MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　September 20, 2012<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. Morrison E. England, Jr. |

All counsel need additional time for ongoing negotiations. Therefore, it is requested that the Status Conference set for September 20, 2012 at 9:00 a.m. be continued to October 18, 2012 at 9:00 a.m.. I have spoken to both AUSA Kyle Reardon and counsel for Mr. Perry, Kresta Daly, both of whom agree to this request and further agree that I may sign their names to it.

**STIPULATION**

Plaintiff, United States, and Defendants, Nicholas Perry and Eric Johnston, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to October 18, 2012 at 9:00 a.m. The parties further stipulate that time may be

excluded from the Speedy Trial Act calculation from and including the date of September 20, 2012, the date currently set for the Status Conference, to and including October 18, 2012, the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4 in order to give Counsel for the Defendants reasonable time to prepare. The parties stipulate that the ends of justice to be served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: September 19, 2012              BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Kyle Reardon
                                        by Jan David Karowsky w/
                                        Mr. Reardon's approval
                              by
                                        Kyle Reardon
                                        Assistant U.S. Attorney
                                        by Jan David Karowsky

DATED: September 17, 2012              KRESTA DALY
                                        Attorney at Law

                                        /s/ Kresta Daly
                                        By Jan David Karowsky w/
                                        Ms. Daly's approval
                                        Attorney for Defendant
                                        Nicholas Perry


DATED: September 19, 2012              JAN DAVID KAROWSKY
                                        Attorney at Law
                                        A Professional Corporation

                                        /s/ Jan David Karowsky
                              by
                                        JAN DAVID KAROWSKY
                                        Attorney for Defendant
                                        Eric Johnston

# **ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a Status Conference in this case would deny respective counsel for all parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendants in a speedy trial and that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from and including September 20, 2012, through and including October 18, 2012, pursuant to 18 U.S.C.§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: September 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE