KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlegal.com

Attorneys for Defendant NICHOLAS PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PERRY and ERIC JOHNSTON,<br><br>Defendant. | Case No. 2:12-cv-00238-MCE<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Nicholas Perry, through his counsel, Kresta Nora Daly, and defendant Eric Johnston, through his counsel Jan David Karowsky, that the status conference set for January 24, 2013 be vacated. The parties request a new status hearing be set for March 14, 2013.

All counsel require additional time for on-going negotiations.

///

///

///

///

///

///

///

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: January 18, 2013.  Respectfully submitted,

BARTH TOZER & DALY LLP

By  /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for NICHOLAS PERRY

Dated: January 18, 2013.  By  /s/ Kresta Nora Daly for
JAN DAVID KAROWSKY
Attorney for ERIC JOHNSTON

Dated: January 18, 2013.  By  /s/ Kresta Nora Daly for
KYLE REARDON
Assistant United States Attorney

**O R D E R**

For the reasons stipulated by the parties the status hearing set for January 24, 2013 is vacated. A status hearing will be set for March 14, 2013. The Court finds excludable time through March 14, 2013 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: January 23, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT