**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Nicholas Perry and Eric Johnston,<br><br>　　　　Defendants | Case No.: Cr.S-12-0238-MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　March 14, 2013<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. Morrison E. England, Jr. |

All counsel still need additional time for ongoing negotiations. Therefore, it is requested that the Status Conference set for March 14, 2013 at 9:00 a.m. be continued to May 30, 2013 at 9:00 a.m.. I have spoken to both AUSA Kyle Reardon and counsel for Mr. Perry, Kresta Daly, both of whom agree to this request and further agree that I may sign their names to it.

### STIPULATION

Plaintiff, United States, and Defendants, Nicholas Perry and Eric Johnston, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to May 30, 2013 at 9:00 a.m. The parties further stipulate that time may be excluded

from the Speedy Trial Act calculation from and including the date of March 14, 2013, the date currently set for the Status Conference, to and including May 30, 2013, the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4 in order to give Counsel for the Defendants reasonable time to prepare. The parties stipulate that the ends of justice to be served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: March 13, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ Kyle Reardon
by Jan David Karowsky w/
Mr. Reardon's approval

by

Kyle Reardon
Assistant U.S. Attorney

DATED: March 11, 2013  KRESTA DALY
Attorney at Law

/s/ Kresta Daly
By Jan David Karowsky w/
Ms. Daly's approval
Attorney for Defendant
Nicholas Perry

DATED: March 13, 2013  JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky

by

JAN DAVID KAROWSKY
Attorney for Defendant
Eric Johnston

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a Status Conference in this case would deny respective counsel for all parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendants in a speedy trial and that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from and including March 14, 2013, through and including May 30, 2013, pursuant to 18 U.S.C.§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE