KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
Nicholas Perry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0238-MCE |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| NICHOLAS PERRY, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant United States Attorney, and defendant, Nicholas Perry, through his counsel, KRESTA DALY that the status conference set for August 29, 2013 be vacated. The parties request a new status hearing be set for September 12, 2013.

Counsel require additional time for on-going negotiations.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

///

| | | |
|---|---|---|
| Dated: August 19, 2013. | Respectfully submitted, | |
| | BARTH TOZER & DALY LLP | |
| | By /s/ Kresta Nora Daly | |
| | KRESTA NORA DALY | |
| | Attorneys for NICHOLAS PERRY | |

| | | |
|---|---|---|
| Dated: August 19, 2013. | By /s/ Kresta Nora Daly for | |
| | KYLE REARDON, | |
| | Assistant United States Attorney | |

**O R D E R**

For the reasons stipulated by the parties, the status hearing set for August 29, 2013 is vacated and **continued to September 12, 2013, at 9 a.m.** in Courtroom 7. The Court finds excludable time through September 12, 2013, under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT