**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   vs.<br><br>Eric Johnston,<br><br>        Defendant | Case No.: 2:12-cr-00238-MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>DATE:   August 29, 2013<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Morrison E. England, Jr. |

All counsel still need additional time for ongoing negotiations. Therefore, it is requested that the Status Conference set for August 29, 2013 at 9:00 a.m. be continued to November 21, 2013 at 9:00 a.m.. I have spoken to AUSA Kyle Reardon who agrees to this request and further agree that I may sign his name to it.

**STIPULATION**

Plaintiff, United States, and Defendant, Eric Johnston, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to November 21, 2013 at 9:00 a.m. The parties further stipulate that time may be excluded from the

1 Speedy Trial Act calculation from and including the date of August 29, 2013, the date currently
2 set for the Status Conference, to and including November 21, 2013, the new Status Conference
3 date, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4 in order to give
4 Counsel for the Defendants reasonable time to prepare. The parties stipulate that the ends of
5 justice to be served by granting the continuance outweigh the best interests of the public and
6 defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: August 27, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ Kyle Reardon
by Jan David Karowsky w/
Mr. Reardon's approval

by

Kyle Reardon
Assistant U.S. Attorney


DATED: August 27, 2013  JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky

by

JAN DAVID KAROWSKY
Attorney for Defendant
Eric Johnston

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a Status Conference in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in a speedy trial and that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from and including August 29, 2013, through and including November 21, 2013, pursuant to 18 U.S.C.§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The status conference currently scheduled for August 29, 2013, is hereby vacated and **continued to November 21, 2013, at 9 a.m.** in Courtroom 7.

**IT IS SO ORDERED.**

Dated: August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT