**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Eric Johnston

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Eric Johnston,<br><br>        Defendant | Case No.: Cr.S-12-0238-MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   November 21, 2013<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Morrison E. England, Jr. |

Counsel for Eric Johnston still needs additional time for ongoing negotiations. Therefore, it is requested that the Status Conference set for November 21, 2013 at 9:00 a.m. be continued to December 12, 2013 at 9:00 a.m.. I have spoken to AUSA Kyle Reardon who agrees to this request and further agrees that I may sign his name to it.

**STIPULATION**

Plaintiff, United States, and Defendant, Eric Johnston, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to December 12, 2013 at 9:00 a.m. The parties further stipulate that time may be excluded from the

Speedy Trial Act calculation from and including the date of November 21, 2013, the date currently set for the Status Conference, to and including December 12, 2013, the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and Local Code T4 in order to give Counsel for the Defendants reasonable time to prepare. The parties stipulate that the ends of justice to be served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: November 19, 2013    BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Kyle Reardon
                            by Jan David Karowsky w/
                            Mr. Reardon's approval
                        by
                            Kyle Reardon
                            Assistant U.S. Attorney


DATED: November 19, 2013    JAN DAVID KAROWSKY
                            Attorney at Law
                            A Professional Corporation

                            /s/ Jan David Karowsky

                        by
                            JAN DAVID KAROWSKY
                            Attorney for Defendant
                            Eric Johnston

# ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a Status Conference in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in a speedy trial and that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from and including November 21, 2013, through and including December 12, 2013, pursuant to 18 U.S.C.§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**Dated: November 19, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT